**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3055

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Western |
| Debra Ann Roath, a/k/a Debra G. | * | District of Missouri. |
| Smithpeter, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: January 13, 1998

Filed: February 27, 1998

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and JONES,[1] District Judge.

_____

PER CURIAM.

Debra Ann Roath was an insurance agent for American Family Insurance Company in 1991, 1992, and 1993. During that time, she sold various policies but failed to send many of the policy applications and premiums to the company.

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

Ms. Roath pleaded guilty to one count of mail fraud, see 18 U.S.C. § 1341, and was sentenced to five months in prison. She was also ordered to pay restitution of $15,107.92 to the company. Ms. Roath appeals her sentence, contending that the district court calculated incorrectly the amounts of loss for incarceration and restitution purposes under the federal sentencing guidelines, see U.S.S.G. § 2F1.1(b)(1)(F).

We have read the transcripts of her plea hearing and her sentencing hearing and have considered the arguments of the parties and all of the materials in the record. We see no error by the district court[2] and therefore affirm Ms. Roath's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.